David Martinez (SBN 193183)
DMartinez@RobinsKaplan.com
Jennifer W. Leland (SBN 185951)
JLeland@RobinsKaplan.com
ROBINS KAPLAN LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Telephone: 310.552.0130
Facsimile: 310.229.5800

Attorneys for Defendant
ACCOR MANAGEMENT US INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

RICHARD GORMAN, an individual,

Plaintiff,

vs.

ACCOR S.A., a French société anonyme; SOFITEL BARCELONA SKIPPER OPERATING ENTITY, a Spanish entity; ACCOR MANAGEMENT US INC., a Delaware corporation; MATTHIAS BERNARD, an individual; and DOES 1 through 50, inclusive,

Defendant.

Case No.: 2:26-cv-9351

**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1**

Action filed: July 29, 2026
Removed: August 21, 2026

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel for Accor Management US Inc., a defendant in the above-entitled action, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Richard Gorman
2. Accor, S.A.
3. Sofitel Barcelona Skipper Operating Entity
4. Matthias Bernard
5. Markdale, S.L.
6. FHI Finance (US) Inc.

Dated: August 21, 2026

**ROBINS KAPLAN LLP**

By: /s/ David Martinez
David Martinez
Jennifer W. Leland

Attorneys for Defendant
ACCOR MANAGEMENT US INC.