JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD GORMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOR S.A., a French société anonyme; MARKDALE, S.L., a Spanish sociedad limitada, doing business as SOFITEL BARCELONA SKIPPER (erroneously sued herein as SOFITEL BARCELONA SKIPPER OPERATING ENTITY); ACCOR MANAGEMENT US INC., a Delaware corporation; MATTHIAS BERNARD, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-09351-FMO-AS<br><br>Hon. Fernando M. Olguin<br>Courtroom 6D<br><br>**ORDER GRANTING STIPULATION [12] TO REMAND REMOVED ACTION** |

Having considered the parties' Stipulation to Remand Removed Action, and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Superior Court of the State of California for the County of Los Angeles, Case No. 26STCV20607, pursuant to 28 U.S.C. § 1447(c).
2. Defendant Accor Management US Inc.'s Motion to Dismiss (ECF No. 5) is TAKEN OFF CALENDAR, without prejudice to its right to assert any defenses available to it in the Superior Court.
3. The Clerk is directed to mail a certified copy of the order of remand to the Clerk of the Superior Court of the State of California for the County of Los Angeles pursuant to 28 U.S.C. § 1447(c), and to close the file in this Court.
4. Each party shall bear its own fees and costs incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Dated: September 14, 2026

/s/

Hon. Fernando M. Olguin
United States District Judge